UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTEW R LEVY,<br>Plaintiff,<br>v.<br>COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br>Defendant. | 26-CV-5241 (RA)<br>ORDER |

RONNIE ABRAMS, United States District Judge:

The Complaint in this case was filed on June 22, 2026. *See* Dkt. 1. Under Federal Rule of Civil Procedure 4(m), a complaint must be served within 90 days of the commencement of the action. Fed. R. Civ. P. 4(m). "Unless service is waived, proof of service must be made to the Court." Fed. R. Civ. P. 4(l). Accordingly, it is hereby:

ORDERED that, no later than October 8, 2026, Plaintiff submit proof of service, or a letter indicating why the Court should not dismiss the action without prejudice, consistent with Rule 4(m).

SO ORDERED.

Dated: October 1, 2026
New York, New York

Hon. Ronnie Abrams
United States District Judge